Gary H. Glaser, Esq. (GG-9696)
James S. Yu, Esq. (JY-9734)
SEYFARTH SHAW LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
(212) 218-5500

Attorneys for Plaintiff
  Robert Half International Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                   :
ROBERT HALF INTERNATIONAL INC.,                                    :
                                                                   :
                              Plaintiff,                           :    07-CV-
                                                                   :
            - against -                                            :
                                                                   :
DAVID WOJDYL; and                                                  :
THE EXECU/SEARCH GROUP, INC.,                                      :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Robert Half

International Inc. ("RHI"), by and through its attorneys Seyfarth Shaw LLP, hereby states that it

has no parent corporation, and further states that no publicly held corporation owns 10% or more

of RHI's stock.

Dated:   New York, New York
         May 15, 2007

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
    Gary H. Glaser, Esq.
    James S. Yu, Esq.
1270 Avenue of the America, Suite 2500
New York, New York  10020-1801
(212) 218-5500

Attorneys for Plaintiff
 Robert Half International Inc.

2