UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERT HALF INTERNATIONAL INC.,

                      Plaintiff,             Civ. A. No. 07-

    - against-

DAVID WOJDYL; AND
THE EXECU/SEARCH GROUP, INC., INC.     **RULE 65 CERTIFICATION**

                    Defendants.

----------------------------------------------------------------- x

GARY H. GLASER, pursuant to Rule 65(a)(1) of the Federal Rules of Civil Procedure, hereby certifies as follows:

1. I am a member of the Bar of this Court and a member of the law firm of Seyfarth Shaw LLP, attorneys for the plaintiff Robert Half International Inc. ("Robert Half") in the above-captioned action.

2. On this day, May 15, 2007, at approximately 2:40 p.m., I telephoned Edward Fleischman, CEO of the defendant, The Execu/Search Group, Inc. ("Execu/Search") at the following telephone number: (212) 922-1001. When I went into his voicemail, I asked to speak with Gary Grossman, who is identified on Execu/Search's website as the partner in charge of accounting and finance recruiting, with whom I then spoke. I told him that I represented Robert Half in this action and further stated that Robert Half would be seeking a temporary restraining order today against Defendants this afternoon at approximately 3:30 or 4 p.m. at the United States Courthouse for the Southern District of New York. He asked who the lawsuit was being brought against and the basic allegations, and I told him that, among other things, it was being brought against both Execu/Search and David Wojdyl, for breach of his employment agreement

NY1 26467159.1

and for taking Robert Half's confidential client and candidate information and using it to engage in unfair competition with Robert Half. I told him that I'd want to speak with Mr. Wojdyl, too, since he was an individual defendant. He indicated that Mr. Wojdyl was in a meeting and asked if he could deliver the message to Mr. Wojdyl, and represented to me that he would fully apprise Mr. Wojdyl of our conversation. He then asked me if he could have either Mr. Fleischman or their attorney call me back in about 10 minutes, and I agreed.

3.     About 10 minutes later, I received a call from an individual identifying himself as Greg Riley from the law firm Littler, Mendelsohn, and indicating that he represented Execu/Search. He asked what the case was about, and I told him, and asked if we could avoid our filing the papers, noting that he could not get to court this afternoon. He asked if we could put this on for another day. I told him that I felt I had to file the papers to protect Robert Half's interests, but that I would apprise the Court of our conversation and ask the Court if we could schedule a conference before the assigned Judge tomorrow morning or afternoon, either of which he said he would be available for, but with a preference for the afternoon.

4.  I then asked him whether, if he were not going to be representing Mr. Wojdyl as well, he would take responsibility for apprising Mr. Wojdyl of the status of the Court matter, his right to have counsel, and of the time and place where we would be holding the conference, and he represented that he would.

Dated: New York, New York
       May 15, 2007

SEYFARTH SHAW

By: *[signature]*
Gary H. Glaser (GG-9696)
1270 Avenue of the America, Suite 2500
New York, New York  10020-1801
(212) 218-5500

Attorneys for Plaintiff
       Robert Half International Inc.