**DELAYED ECF FILING**

Kindly accept the attached document(s) for filing on behalf of Defendants David Wojdyl and The Execu/Search Group, Inc., which were delayed because of an ECF outage at 11:00 p.m. on March 21, 2007 that extended for more than one hour.

The following filings were affected by the outage:

- Defendants' Rule 7.1 Disclosure Statement;

- Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1);

- Defendants' Memorandum of Law in Support of Motion to Dismiss;

- Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for a Preliminary Injunction and Certain Expedited Discovery and to Vacate Temporary Restraining Order;

- Affidavit of David G. Wojdyl;

- Declaration of Edward Fleischman; and

- Appendix of Unpublished Cases.

Please call me if you have any questions or require further information. Thank you for your consideration.

```
Gregory B. Reilly*
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, New York  10022-6022
greilly@littler.com
212-583-2681 (direct)
212-583-9600 (general office)
973-848-4700 (NJ office)
212-202-5371 (fax)
917-687-5526 (cell)

*Admitted in NY, NJ, CT and MA.
```