UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HALF INTERNATIONAL INC.,   07-CV-3821 (RWS)

        Plaintiff,

    -against-

DAVID WOJDYL and THE EXECU/SEARCH GROUP, INC.,

        Defendants.

**APPENDIX OF UNPUBLISHED CASES**

Date:  May 21, 2007
       New York, New York

# APPENDIX
# OF
# UNPUBLISHED CASES

| | |
|---|---|
| Exhibit A | *A. Esteban & Co., Inc. v. Metro. Transp. Auth.*, 2002 U.S. Dist. LEXIS 9353 (S.D.N.Y. 2002) |
| Exhibit B | *Calvin Klein Co. v. Farah Mfg. Co. Inc.*, 1985 U.S. Dist. LEXIS 13475 (S.D.N.Y. 1985) |
| Exhibit C | *Heavener v. Brenner*, 1996 U.S. Dist. LEXIS 15146 (S.D.N.Y. 1996) |
| Exhibit D | *Lazar's Auto Sales, Inc. v. Chrysler Fin. Corp.*, 1999 U.S. Dist. LEXIS 2353 (S.D.N.Y. 1999) |
| Exhibit E | *Pacific Elec. Wire & Cable Co. v. Set Top Intl, Inc.*, 2003 U.S. Dist. LEXIS 23270 (S.D.N.Y. 2003) |
| Exhibit F | *Robert Half Int'l, Inc. v. Buoncontri*, 15 Mass. L. Rep. 742 (Mass. Supp. Jan. 27, 2003) |
| Exhibit G | *Robert Half Int'l, Inc. v. Le-Compte*, Case No. EDCV 07-201 VAP (C. Ca. Apr. 5, 2007) |
| Exhibit H | *Robert Half Int'l, Inc. v. Stenz*, 2000 U. S. Dist. LEXIS 16557 (E.D. Pa. Nov. 15, 2000) |
| Exhibit I | *Robert Half Int'l, Inc. v. TMP Worldwide Inc.*, Index No. 604050/02 (N.Y. Sup. Ct. June 18, 2003) |
| Exhibit J | *Robert Half of PA Inc. v. Feight*, 2000 Pa. Dist. & Cnty. Dec. LEXIS 239 (Pa. D. & C. June 29, 2000) |