A. Michael Weber (AMW-8760)
Gregory B. Reilly (GBR-6189)
LITTLER MENDELSON PC
885 Third Avenue, 16th Floor
New York, New York 11747

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC., | 07-CV-3821 (RWS) |
| Plaintiff, | |
| -against- | **NOTICE OF MOTION TO DISMISS** |
| DAVID WOJDYL and THE EXECU/SEARCH GROUP, INC., | |
| Defendants. | |

---

PLEASE TAKE NOTICE that, upon the accompanying affidavits, memorandum of law, and all of the pleadings and proceeding heretofore had herein, Defendants, David Wojdyl ("Wojdyl") and The Execu/Search Group, Inc. ("Execu/Search"), hereby move this Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for judgment dismissing the Complaint in its entirety for lack of subject matter jurisdiction.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Local Rules of the Southern and Eastern Districts of New York, answering papers, if any, are to be served ten days after the service of these moving papers. Defendants reserve the right to file reply papers within five business days after the service of answering papers.

Dated: New York, New York
       May 21, 2007

                Respectfully submitted,

By: _____/s/_____
     A. Michael Weber (AMW-8760)
     Gregory B. Reilly (GBR-6189)
     LITTLER MENDELSON PC
     Attorneys for Defendants
     885 Third Avenue, 16th Floor
     New York, New York 11747
     (212) 583-9600

Firmwide:82495393.1 051465.1005