UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HALF INTERNATIONAL INC.,<br><br>               Plaintiff,<br><br>      -v-<br>DAVID WOJDYL; and THE EXECU/SEARCH GROUP, INC.,<br><br>               Defendants. | 07 CV 3821 (RWS)<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

      Pursuant to Fed. R. Civ. P. 7.1, Defendant The Execu/Search Group, Inc. states that it is not a publicly held corporation, and there is no other publicly held corporation that owns 10% or more of The Execu/Search Group, Inc.

Dated: New York, New York
       May 21, 2007

                                  LITTLER MENDELSON, P.C.

                                  /s/Gregory B. Reilly
                                  A. Michael Weber (AW-8760)
                                  Gregory B. Reilly (GR-6189)
                                  885 Third Avenue
                                  New York, New York 10022
                                  (212) 583-9600
                                  email: mweber@littler.com

                                  Attorneys for Defendants