
Robert Half International Inc.

## STAFF POLICY CERTIFICATIONS

I understand that it is very important to read all of these policies. I certify that I have read and understand the following policies:

1. **Regulation FD (Fair Disclosure) Policy (Dated 7/28/04)**

2. **Acknowledgement of Trade Secret Laws (Dated 3/1/04)**

3. **Non-Discrimination Policy (Dated 3/1/04)**

4. **Handbook Acknowledgement (Dated 1/02)**

5. **Corporate Compliance Program (Dated 11/1/01)**

    a. **Corporate Code of Conduct (Dated 11/1/01)**
       - **Professional Standards of Conduct (Dated 11/1/01)**
       - **Dissemination and Education (Dated 11/1/01)**
       - **Confidential Reporting System (Dated 11/1/01)**
       - **Monitoring and Auditing (Dated 11/1/01)**
       - **Procedures Upon Discovery of Misconduct (Dated 11/1/01)**
       - **Responsibility for Compliance Effort (Dated 11/1/01)**

6. **Code of Business Conduct and Ethics (Dated 2/12/04)**

7. **Statement of Company Policy Regarding Compliance With Securities Laws (Dated 9/9/02)**

I understand I can direct any questions regarding these policies to my supervisor or the appropriate 800 number.

I will comply with the above policies.

Signature: _[signature]_

Print Name: David Wojdyl

Date: 1/26/06

Location: Mid-Town / Wall Street

Remove this Certification from the policy packet, sign and return to your Supervisor.

STAFF (10/05)

 Robert Half International Inc.

## ACKNOWLEDGEMENT OF TRADE SECRET LAWS

### Dated March 1, 2004

I am an employee of Robert Half International Inc. ("Company"). As a result of my employment, certain business records and information pertaining to the Company, the Company's affiliated companies, their employees, and clients may be made available to me, which I acknowledge constitute proprietary, confidential information and trade secrets ("Trade Secret" or "Trade Secrets").

During the course of my employment, I understand that I may gain knowledge of or have access to Trade Secrets, including, without limitation, Company financial records and information, personnel records and information, customer and applicant lists, including the name, address and identity of clients and applicants, Company databases, client contracts, job orders, business proposals, and any other information which the Company may consider proprietary or otherwise wish to keep confidential.

I understand that all of the foregoing items, as applied to the Company, its employees, permanent and temporary applicants, and to clients of the Company and any financial or other information not generally available to others, are extremely valuable to the Company and give it a competitive advantage in its industry. I further acknowledge that such information is safeguarded by the Company and its affiliates as Trade Secrets, and is made available only to those employees who need to have access to such information.

I acknowledge and agree that I have a duty to safeguard such Trade Secrets, not to disclose them to others and not to remove or copy materials which include any Trade Secrets, or to use any Trade Secrets outside of my present employment.

I agree that during the course of my employment and after its termination, I will not disclose any information described herein to any party except in connection with my duties to the Company and will not use such information directly or indirectly for my own benefit.

I understand that after termination of my employment, my solicitation of any temporary or permanent employment applicant, recruited candidate, temporary employee, or client of the Company may constitute the illegal taking of a Trade Secret for which I could be enjoined and be liable for money damages. The disclosure of any Trade Secret or any other violation of this policy during the course of my employment or after its termination will cause immediate and irreparable injury, loss and damage to the Company and/or its employees and clients. In the event of disclosure or threatened disclosure of Trade Secrets, the Company is entitled to institute and prosecute proceedings in a court of competent jurisdiction to obtain temporary and/or permanent injunctive relief to enforce this policy, without the necessity of proof of actual damage or loss. Non-compliance with this policy may result in disciplinary actions ranging from suspension to termination of employment. I understand that this policy is in addition to policy in the Employee Handbook and other policies promulgated by the Company. These terms and conditions survive the termination of my employment for any reason.