# ROBERT HALF INTERNATIONAL INC.
## REMINDER OF POST-TERMINATION OBLIGATIONS

Name **David Wojdyl**

Termination Date _____

Non-Competition Covenant:  ☐ Yes    ☐ No

Your employment with Robert Half International Inc. or its subsidiaries ("Robert Half") terminated on the above date. The purpose of this letter is to remind you of your obligations to Robert Half concerning its confidential information and trade secrets, which were made available to you during the course of your employment, and of certain other continuing obligations that may be applicable to you.

While working for Robert Half, you had access to its confidential information and trade secrets, including, but not limited to, completed application forms, resumes, temporary and permanent employee files, client files, fee arrangements, job orders, mailing lists, activity sheets, information with respect to the names, addresses, contact persons or requirements of customers, clients, applications or employees and information with respect to the procedures, advertising, finances, organizations, personnel, plans, objectives or strategies of Robert Half.

Any use or disclosure of Robert Half's confidential information and trade secrets is governed by state and federal law. You are under a continuing obligation not to, directly or indirectly, disclose furnish or make accessible to any person, firm, corporation or their entity, or make use of, any confidential information or trade secrets obtained while you were in the employer of Robert Half. You are also required to return all property of Robert Half, including but not limited to, files in your possession or control that may have been retained after the termination of your employment, as well as any copies, computer printouts, or materials and information derived from those files.

In addition to your obligations, regarding Robert Half's trade secrets and confidential information, you may be under a continuing obligation, pursuant to an Employment Agreement that you have previously entered into with Robert Half, to not compete with Robert Half in a certain geographical region for a specified period of time following the "Non-Competition Covenant" above. Please refer to your copy of your Employment Agreement for details regarding this obligation of yours.

Robert Half will take all appropriate steps to prevent any attempt by you, directly or indirectly, to utilize its confidential information and trade secrets for your personal gain or that of any other business. Robert Half will also take all appropriate steps to prevent competition by you in violation of any applicable Employment Agreement. Legal proceedings may include a suit for money damages and/or equitable relief. In the event Robert Half commences legal proceedings, it is not required to provide you with any prior notice.

Date: **3.26.07**

Sincerely,

_____
Supervisor's Signature