UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HALF INTERNATIONAL INC.,

Plaintiff,

-against-

DAVID WOJDYL and THE EXECU/SEARCH
GROUP, INC.,

Defendants.

Index No. 07-Civ-3821(RWS)

**STIPULATION TO EXTEND
TIME TO RESPOND**

        IT IS HEREBY STIPULATED, by and between the undersigned attorneys for Plaintiff

and attorneys for Defendants, that Defendants' time to answer or otherwise respond to Plaintiff's

Amended Complaint is extended to July 23, 2007.

Dated: June 18, 2007
        New York, New York

SEYFARTH SHAW, LLP
Attorneys for Plaintiff


By:_____
    Gary H. Glaser (GG9696)
    1270 Avenue of the Americas
    Suite 2500
    New York, NY 10020
    (212) 218-5575

LITTLER MENDELSON, PC
Attorneys for Defendants


By:_____
    A. Michael Weber (AMW8760)
    Gregory B. Reilly (GBR6189)
    885 Third Avenue
    New York, NY 10022
    (212) 583-9600