Gary H. Glaser, Esq. (GG-9696)
James S. Yu, Esq. (JY-9734)
SEYFARTH SHAW LLP
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
(212) 218-5500

Attorneys for Plaintiff
 Robert Half International Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT HALF INTERNATIONAL INC.,      :   07-CV-3821 (RWS)

        Plaintiff,      :

  - against -      :   **NOTICE OF CHANGE OF ADDRESS**

DAVID WOJDYL; and      :
THE EXECU/SEARCH GROUP, INC.      :

        Defendants.      :
------------------------------------------------------------x

    PLEASE TAKE NOTICE that effective July 30, 2007, the New York office of Seyfarth Shaw LLP, counsel for Plaintiff, Robert Half International, Inc., in the above-captioned matter, will move.  The new address and contact information for the undersigned is as follows:

    620 Eighth Avenue
    New York, New York  10018-1405

    Main Office Number:  (212) 218-5500
    Main Fax Number:  (212) 218-5526

NY1 26476291.1

Dated: New York, New York
       July ___, 2007

SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801


By: _____
    Gary H. Glaser, Esq.
    James S. Yu, Esq.
Phone: (212) 218-5500
Fax: (212) 218-5500
E-mail: gglaser@seyfarth.com
         jyu@seyfarth.com


Attorneys for Plaintiff
 Robert Half International, Inc.

TO:   Gregory B. Reilly, Esq.
      Littler Mendelson P.C.
      885 Third Avenue
      16th Floor
      New York, New York 10022-4384

      Attorneys for Defendants
      David Wojdyl and The Execu/Search Group, Inc.

# AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**DENNIS G. FARRELL**, being duly sworn, deposes and says:

I am not a party to the action; I am over 18 years of age and reside in the County of Middlesex, State of New Jersey.

On _July 70_, 2007, I served the within **Notice of Change of Address** by depositing a true copy of same, addressed to the parties listed below, enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:   Gregory B. Reilly, Esq.
      Littler Mendelson P.C.
      885 Third Avenue
      16th Floor
      New York, New York 10022-4384

_____
DENNIS G. FARRELL

Sworn to before me this
___ day of July 2007

_____
Notary Public

CAROLYN A. YLAGAN
Notary Public, State of New York
No. 01YL6064831
Qualified in Kings County
Commission Expires Oct. 1, 200_9_

NY1 26476291.1