UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HALF INTERNATIONAL INC.,     Index No. 07-Civ-3821(RWS)

         Plaintiff,     **STIPULATION TO EXTEND TIME TO RESPOND**

-against-

DAVID WOJDYL and THE EXECU/SEARCH GROUP, INC.,

         Defendants.

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for Plaintiff and attorneys for Defendants, that Defendants' time to answer or otherwise respond to Plaintiff's Amended Complaint is extended to August 30, 2007.

Dated: July 20, 2007
       New York, New York

SEYFARTH SHAW, LLP                    LITTLER MENDELSON, PC
Attorneys for Plaintiff                     Attorneys for Defendants

By: _____        By: _____
     Gary R. Glaser (GG9696)              A. Michael Weber (AMW8760)
     1270 Avenue of the Americas         Gregory B. Reilly (GBR6189)
     Suite 2500                                  885 Third Avenue
     New York, NY 10020                 New York, NY 10022
     (212) 218-5575                             (212) 583-9600



1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
(212) 218-5500
Fax (212) 218-5526
www.seyfarth.com

# Facsimile Transmission

Date: July 20, 2007

| RECIPIENT | COMPANY | PHONE NO. | FAX NO. |
|---|---|---|---|
| A. Michael Weber, Esq. | Littler, Mendelson, P.C. | (212) 583-2660 | **(212) 832-2719** |
| Gregory B. Reilly | Littler, Mendelson, P.C. | (212) 583-2681 | **(212) 832-2719** |

**FROM:** Gary H. Glaser
**PHONE:** (212) 218-5575
**RE:** Robert Half Internationa Inc. v. Execu/Search, et al.; 07-CV-3821(RWS)

**REPLY FAX NO.:** (212) 218-5526

| File No: | 24552.45 | Number of Pages, Including Cover: | 2 |

☐ Hard copy to follow          ☒ Hard copy will not follow
☐ Per your request             ☐ Please review and revise if necessary
☐ Please telephone me

**MESSAGE:**

Please deliver ASAP.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

ANY TAX INFORMATION OR WRITTEN TAX ADVICE CONTAINED HEREIN (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED TO BE AND CANNOT BE USED BY ANY TAXPAYER FOR THE PURPOSE OF AVOIDING TAX PENALTIES THAT MAY BE IMPOSED ON THE TAXPAYER. (THE FOREGOING LEGEND HAS BEEN AFFIXED PURSUANT TO U.S. TREASURY REGULATIONS GOVERNING TAX PRACTICE.)

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE PHONE (212) 218-5500 AS SOON AS POSSIBLE.

NY1 26468375.1