UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Robert Half

-v.-

David Wojdyl

------------------------------------------------------------X

07 Civ. 3821 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

Please be advised that the conference scheduled

for __Oct 10, 07__ has been rescheduled to

__Oct 31, 07__ at __4:30 pm__ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
       Oct 9, 07

_____
ROBERT W. SWEET
United States District Judge