**EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ROBERT HALF INTERNATIONAL INC.,

        Plaintiff,

  - against -

DAVID WOJDYL; and
THE EXECU/SEARCH GROUP, INC.,

        Defendants.

------------------------------------------------------------x

07-CV-3821 (RWS)

## STIPULATION OF SETTLEMENT AND DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAVID WOJDYL

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Robert Half International Inc. and defendant David Wojdyl, through their respective counsel that:

3.  An agreement denominated "Confidential Settlement Agreement and Release" ("Confidential Agreement") has been reached between the parties in settlement of this action and any and all claims and counterclaims that the parties have against each other; and

4.  This court, by the undersigned Hon. Robert W. Sweet, U.S.D.J., shall maintain jurisdiction for purposes of any disputes arising out of compliance with the parties' respective obligations under the parties' settlement agreement; and/or any action to enforce the terms of the settlement agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, (except as otherwise expressly provided in paragraphs 6.4 and 9 of the Confidential Agreement) that this

action is hereby dismissed without prejudice and without costs or attorneys' fees to either party as against the other.

| SEYFARTH SHAW LLP | LITTLER MENDELSON, PC |
|---|---|
| By: *Gary H. Glaser* | By: *[signature]* |
| Gary H. Glaser | A. Michael Weber |
| James S. Yu | Gregory B. Reilly |
| 620 Eighth Avenue | 885 Third Avenue |
| New York, New York 10018-1405 | New York, New York 10022 |
| (212) 218-5500 | (212) 218-5500 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Robert Half International Inc. | David Wojdyl and The Execu/Search Group, Inc. |
| Dated: October 30, 2007 | Dated: October 30, 2007 |

SO ORDERED this 31st day of October, 2007

_____
HON. ROBERT W. SWEET, U.S.D.J.