**EXHIBIT F**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ROBERT HALF INTERNATIONAL INC.,

    Plaintiff,

- against -

DAVID WOJDYL; and
THE EXECU/SEARCH GROUP, INC.,

    Defendants.

------------------------------------------------------x

07-CV-3821 (RWS)





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/07

### STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE EXECU/SEARCH GROUP, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Robert Half International Inc. and defendant The Execu/Search Group, Inc., through their respective counsel that:

    1.    An agreement denominated "Confidential Settlement Agreement and Release" ("Confidential Agreement") has been reached between the parties in settlement of this action and any and all claims and counterclaims that the parties have against each other;

    2.    This court, by the undersigned Hon. Robert W. Sweet, U.S.D.J., shall maintain jurisdiction for purposes of any disputes arising out of compliance with the parties' respective obligations under the parties' settlement agreement; and/or any action to enforce the terms of the settlement agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this action is hereby dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

| SEYFARTH SHAW LLP | LITTLER MENDELSON, PC |
|---|---|
| By: _____ <br> Gary H. Glaser <br> James S. Yu <br> 620 Eighth Avenue <br> New York, New York 10018-1405 <br> (212) 218-5500 | By: _____ <br> A. Michael Weber <br> Gregory B. Reilly <br> 885 Third Avenue <br> New York, New York 10022 <br> (212) 218-5500 |
| Attorneys for Plaintiff <br> Robert Half International Inc. | Attorneys for Defendants <br> David Wojdyl and <br> The Execu/Search Group, Inc. |
| Dated: October 30, 2007 | Dated: October 30, 2007 |

SO ORDERED this __31__ day of __October__, 2007

_____
HON. ROBERT W. SWEET, U.S.D.J.